THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVEN HENDERSON, Appellant.

Submitted April 20, 2015; decided May 5, 2015

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 111 John Street, 9th Floor, New York, NY 10038 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARCELLUS JOHNSON, Appellant.

Submitted April 27, 2015; decided May 5, 2015

Motion for assignment of counsel granted and Stanley Neustadter, care of Cardozo Law School Criminal Appeals Clinic, 55 Fifth Avenue, 11th Floor, New York, NY 10003 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v COREY A. LATIMER, Appellant.

Submitted April 27, 2015; decided May 5, 2015

Motion for an extension of the time within which to apply for permission to appeal pursuant to CPL 460.20 granted and motion papers treated as a timely CPL 460.20 application.